WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leica Microsystems, Inc., a Delaware corporation,<br><br>               Plaintiff,<br><br>v.<br><br>Kerry Potter and Cheryl Potter, husband and wife; Southwest Surgical, LLC, an Arizona limited liability company; Southwest Microsurgical, LLC, an Arizona limited liability company; and Anne Nichols, an individual,<br><br>               Defendants. | No.  CV07-774-PHX-PGR<br><br>**ORDER** |

　　　　IT IS ORDERED setting a hearing regarding Plaintiff's Amended Motion for Preliminary Injunction (Doc. 22) for Tuesday, May 8, 2007 at 9:30 a.m. in Courtroom 601 before the Honorable Paul G. Rosenblatt.

　　　　IT IS FURTHER ORDERED setting oral argument as to the Plaintiff's Motion to Expedite Discovery (Doc. 23) for Tuesday, May 8, 2007 at 10:00 a.m. in Courtroom 601 before the Honorable Paul G. Rosenblatt.

　　　　DATED this 2nd day of May. 2007.

*/s/ Paul G. Rosenblatt*
Paul G. Rosenblatt
United States District Judge